

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

_____Northern_____ Division

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Charles E. Jones Jr.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Department of Homland Security
&
Federal Bureau of Investigation

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:22-CV-164
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Field | Value | | |
|---|---|---|---|
| Name | Charles E. Jones Jr. | | |
| Address | 1024 Union School Rd. | | |
| | Knoxville | TN | 37924 |
| | *City* | *State* | *Zip Code* |
| County | Knox | | |
| Telephone Number | 865-507-8402 | | |
| E-Mail Address | cejones80@rocketmail.com | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| Field | Value | | |
|---|---|---|---|
| Name | Department of Homeland Security | | |
| Job or Title *(if known)* | | | |
| Address | 324 Prosperity Dr | | |
| | Knoxville | TN | 37923 |
| | *City* | *State* | *Zip Code* |
| County | Knox | | |
| Telephone Number | 865-539-0921 | | |
| E-Mail Address *(if known)* | | | |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 2

| Field | Value | | |
|---|---|---|---|
| Name | Federal Bureau of Investigation | | |
| Job or Title *(if known)* | | | |
| Address | 1501 Dowell Springs Blvd | | |
| | Knoxville | TN | 37909 |
| | *City* | *State* | *Zip Code* |
| County | Knox | | |
| Telephone Number | 865-544-0751 | | |
| E-Mail Address *(if known)* | | | |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

          *City*       *State*       *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

          *City*       *State*       *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A.    Are you bringing suit against *(check all that apply)*:

      ☑ Federal officials (a *Bivens* claim)

      ☐ State or local officials (a § 1983 claim)

  B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Invasion of privacy and illegal search violating my Fourth Amendment Rights Forced Labor and Servitude In violation of 18 U.S Codes 1589, 18 U.S. Code 2421A, 18 U.S. Code 1591. In violation of the Mann Act of 1910 and its original meaning and purpose to combat White Sex Slavery, applying at this time to modern-day White Cybersex Slavery in Electronic Slave Porn Dens. 18 U.S. Code § 1030 - (Continued) Page -3 paragraph (5)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Residence in Powder Springs GA. Residence in Powell TN. Residence in Knoxville TN.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Approximately starting at the beginning of 2013 at my residence in Powder Springs GA and continuing in my residence in Powell TN and in my current residence in Knoxville TN (Strawberry Plains TN) still in progress.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
(1)Starting at my residence in Powder Springs GA at approximately the beginning of 2013 possibly before that date, Specialized IP based Fiber Optic Camera equipment and Fiber optic cabling were installed in my residence in every room making a direct connection to the residence of other neighbors via Fiber Optic cable and through the use of routers (WIFI) installed in their homes and in the internet service providers cable box on the ground directly across the street from the residence, setting up and using the residence as an Electronic Slave Porn Den. The camera equipment I believe was installed by the spouse of a Cobb County Police Officer that resided on Christain LN, and friends and family that also live behind that residence, also installed camera and tracking devices in my vehicle and the same equipment has also been installed in my entire family's homes and vehicles as well. I found the camera equipment and cabling in my residence in Powell TN. At that time then realizing what and how the illegal surveillance was being done, I then collected IP, hardware, and my computer's connectivity information from my local area network there, and deriving from that information the IP and hardware information of the residence's accessing the camera equipment. (continued) Attachment page 1

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe psychological distress and trauma from the stalking, torment, and mental torture using the camera equipment and tracking device in my vehicle. Two separate car accidents were caused by the Human Traffickers Human Trafficking Network members, the first being treated at UT Hospital for 3 broken ribs and collapsed lung, the second, also being treated at UT Hospital for 1 broken rib and a broken leg, where my privacy rights were also violated with their camera equipment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pursuant to violation of § 39-13-601 or title 40, chapter 6, part 3 I ask the court for the following relief: From Defendant Department of Homeland Security for the actions of their employees 365,000 U.S. Dollars for 10 years of using myself, my family and children of the family forced labor and servitude as Toilet Porn Slaves, Child Toilet Porn Slaves, Child Pornograghy and White Sex Slaves in Electronic Slave Porn Dens.

Pursuant to violation of § 39-13-601 or title 40, chapter 6, part 3 I ask the court for the following relief: From Defendant Federal Bureau of Investigation and the actions of their employees 365,000 and 10,000,000 punitive damgages, U.S. Dollars for 10 years of using myself, my family and children of the family forced labor and servitude as Toilet Porn Slaves, Child Toilet Porn Slaves, Child Pornograghy and White Sex Slaves in Electronic Slave Porn Dens.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/12/2022

Signature of Plaintiff: *Charles E Jones Jr.*
Printed Name of Plaintiff: Charles E Jones Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

From the IP information, I was then able to use a simple IP locater and found out that the residence belonged to an FBI employee living in Oakhurst Sub-Division and a DHS employee which also runs a small engine shop not far from my then residence in Powell TN. The employees of the FBI, DHS, their families, and friends were and still are using the camera equipment to use me, my entire family, and everyone I know for forced labor and servitude as Toilet Porn Slaves, Child Toilet Porn Slaves, Child Pornography and White Sex Slaves in Electronic Slave Porn Dens.

(2) During the several years I reported the camera equipment in my and my family's homes dozens possibly hundreds of times to the FBI in GA and TN, I never and still have not received any form of communication from the FBI. The inaction of the FBI in Atlanta GA and Knoxville TN to investigate and ultimately remove and collect the camera equipment evidence amounts to myself and my entire family being used as forced labor in servitude as Electronic Slave Porn Den Sex Slaves for Toilet Slave Porn, Child Pornography, and Pornography in general.

(3) I went to the Knoxville TN Major Crimes Unit where I spoke with A Detective James Hurst to report the stalking, torment, harassment, and mental torture being done to me using the camera equipment in my home and vehicle and he opened a case on it and performed a year-long investigation from which I received a blank report. I also met very briefly with the FBI liaison at the Major Crimes Unit as well. I also spoke to his supervisor Captain Sanders and he suggested that I contact Geek Squad to have the camera equipment removed, in essence instructing me to commit a federal crime by using to commit multiple federal crimes for multiple years, He also instructed me not to contact them again. Those instructions amount to instructing me to commit a federal crime against myself to end my and my family's forced labor and servitude as Electronic Slave Porn Den Sex Slaves, Toilet Porn Slaves, Child Pornography, and Pornography in general. During the year-long investigation, I attempted dozens of times via phone and email to get another meeting to give them the video and other evidence, I never received any form of response. During the investigation, I emailed Detective Hurst information regarding criminal activity that was taking place at that time such as me receiving an email of an African American boy I did not know in place of a picture my son had emailed to me that was sent from the Stalkers/Human Traffickers. I also emailed information about the Stalkers/Human Traffickers submitting a civil rights complaint to the DOJ via their website with my name and email address, there was nothing in the report about either incident. I had also assumed during the investigation the FBI liaison had access to the information I was submitting via email and phone.

1

(4) The U.S. District Court of East Tennessee is the correct venue for these matters because the incidents of Human Trafficking and Interstate Stalking took place and is taking place in the court's jurisdiction. The incidents of Human Trafficking and Interstate Stalking has also crossed multiple state lines including, Tennessee, Georgia, and Florida making the incidents a federal matter which also makes the U.S. District Court of East Tennessee the proper venue for the legal matters to be heard.

(5) Fraud and related activity in connection with computers. In violation of 18 U.S. Code § 2511 - Interception and disclosure of wire, oral, or electronic communications prohibited.