IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHARLES E. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:22-cv-164 |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | Judge Curtis L. Collier |
| and DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | Magistrate Judge Jill E. McCook |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

United States Magistrate Judge Jill E. McCook filed a report and recommendation (the "R&R") on August 11, 2022, concerning Plaintiff Charles E. Jones's application to proceed *in forma pauperis*. (Doc. 4.) Judge McCook granted Plaintiff's Application to Proceed In Forma Pauperis, but she recommended this action be dismissed. (*See id.*) Neither party has objected to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 6(d) (allowing three additional days after service by mail).

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 4). Accordingly, it is **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**, and his application to proceed *in forma pauperis* **DENIED AS MOOT**. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

Pursuant to SO-18-04, the Chief District Judge of this Court has the authority to enter injunctions that limit filings by individuals who have abused the legal process and specifically those individuals with a history of "repetitive, vexatious, or frivolous litigation." E.D. Tenn. SO-

18-04. The Court finds it appropriate to place Plaintiff on notice that similar filings in future cases may warrant a recommendation that the Chief District Judge issue an injunction against Plaintiff.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna Wilson*
  CLERK OF COURT